Issued Nt. of Renewal to Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESS TRADEONE.COM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAJACHAT.COM CYBER CAFÉ @ THE ROSARITO BEACH HOTEL & SPA, a general partnership; TONY MIGUEL; and HOLLYWOOD CYBERMILL, an unknown business entity,<br><br>Defendants. | CASE NO.: 00-10809 ABC (CWx)<br><br>**RENEWAL OF JUDGMENT** |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing therefore,

The judgment to and against Defendants TONY MIGUEL and HOLLYWOOD CYBERMILL, jointly and severally, the judgment entered on June 4, 2001 [copy attached] is hereby fully renewed in the amounts as set forth below and with respect to the following property:

/ / /

/ / /

Renewal of money judgment:

|   |   |   |
|---|---|---|
| a. | Total Judgment[1] | $ 220,680.19 |
| b. | Costs after Judgment | $     -0- |
| c. | Subtotal (*add a and b*) | $ 220,680.19 |
| d. | Credits after judgment | $     -0- |
| e | Subtotal (*subtract d from c*) | $ 220,680.19 |
| f. | Interest after judgment[2] | $  83,265.40 |
| g. | Fee for filing renewal application | $     -0- |
| h. | Total renewed judgment (*add e, f and g*) | $ 303,945.59 |

Renewal of judgment for personal property:

a. $30,180 in computer software
b. $12,500 for links, on line data base and on line tools
c. $7,200 for links, online data base, and online tools
d. $145 for keyboard stand, cables & midi interface kit
e. $199 microtek USB scanner
f. $149 Brother fax machine
g. $135 Hewlett Packard color printer
h. $42 Surgemaster II power strip
i. $200 Intel InBusiness 4 port fast hub (network & DSL)
j. $230 keyboard with special effects feature
k. $150 USB zip drive
l. $8,573 computer equipment
m. $1,207 router
n. $700 Hewlett Packard Lazar 4 w/10 meg memory
o. $100 Power Back-up 200
p. $150 corner desk wood
q. $120 corner desk grey metal
r. $230 refrigerators frost free
s. $2,000 128 MEG RAM computer w/monitor, keyboard, mouse, color printer
t. $200 color television
u. $680 sales tax reimbursement on original equipment
v. $2,800 computer system (custom built at Fry's)
w. $2,200 Computer PII 400, 128 MB RAM, 19" Mitsubishi monitor, 10 gig hd, speakers, floppy & CD rom
x. $145 keyboard stand, cables and midi interface
y. $461.14 digital camera

DATED: MAY 27 2011

CLERK, by _____
Deputy
BENJAMIN MOSS

---

[1] The original judgment consists of: (1) principal amount of $212,088.42; (2) costs in the amount of $750.00; and (3) attorney's fees in the amount of $7,841.77, for a total judgment of $220,680.19.

[2] Interest is calculated through May 27, 2011, the date of the Court's order nunc pro tunc renewing the judgment as of that date.

07925-02/737104.doc